JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JULEAN JAMES,** | Case No.: CV13-6216 PA (AJWx)_ |
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC; AND, SESSOMS & ROGERS, P.A.,** | |
| Defendants. | |

Based upon Plaintiff's unilateral dismissal request, and good cause, this Court hereby orders the Action to be, and is, dismissed with prejudice.. Each party to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: October 11, 2013

_____

HON. PERCY ANDERSON
U.S. DISTRICT JUDGE

---

**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**  PAGE 1 OF 1